UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LAKIESHA CROSS, JOYCE FULFORD,  )
DORTHEA EDMOND, BRIANNA         )
TAYLOR, VANITY BENTON,           )
FRENCESCO WEST, PARIS TAYLOR,   )
PARIS TAYLOR *as parent and natural* )
*guardian of C.P., Jr.,* MATTHEW     )
WOODRUFF and MAMIE PATTERSON )
                Plaintiffs,     )
                        )
v.                        )      **JUDGMENT**
                        )
                        )      No. 4:19-CV-8-FL
FORMATIV HEALTH MANAGEMENT, )
INC, and ETRANSMEDIA          )
TECHNOLOGY, INC.             )
              Defendants.    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 3, 2020, and for the reasons set forth more specifically therein, defendants' motion to dismiss is GRANTED. Plaintiffs' claims are DISMISSED WITH PREJUDICE.

**This Judgment Filed and Entered on February 3, 2020, and Copies To:**
Eric N. Linsk / J. Olin McDougall, II / Robert K. Shelquist / Christopher C. Kessler (via CM/ECF Notice of Electronic Filing)
Tracy L. Eggleston (via CM/ECF Notice of Electronic Filing)

February 3, 2020           PETER A. MOORE, JR., CLERK

                               _/s/ Sandra K. Collins_____
                               (By) Sandra K. Collins, Deputy Clerk